# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| USA, | § § § | |
| Plaintiff, | § | NO: AU:23-CR-00100(1)-DAE |
| vs. | § § | |
| (1) Natin Paul, | § § | |
| Defendant. | § § | |

## ORDER SETTING MOTION HEARING

It is hereby ORDERED that the above entitled and numbered case is set for **an in person** hearing on the pending Motion to Transfer Venue before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, July 17, 2024 at 01:30 PM**.

IT IS SO ORDERED.
DATED: Austin, Texas May 23, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE